IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY C. JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE A. DELGADO, ROGER E. WALKER, DONALD HULICK, DONALD GAETZ, DAVID MITCHELL, CHARLES PARNELL, ROBERT NEWELL, TRACY LEE, and ACTING WARDEN KEN BARTLEY,<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 10-526-SCW |

**JUDGMENT IN A CIVIL CASE**

　　　　Defendants **ROGER E. WALKER, DONALD HULICK, DONALD GAETZ, DAVID MITCHELL, CHARLES PARNELL, ROBERT NEWELL, TRACY LEE** and **ACTING WARDEN KEN BARTLEY** were dismissed on October 15, 2012 by the filing of the Amended Complaint (Doc. 87).

　　　　The remaining issues came before this Court for jury trial.

　　　　Defendant **DAVID MITCHELL** and **JOSE A. DELGADO** were granted judgment as a matter of law on April 9, 2013.

　　　　**THEREFORE IT IS ORDERED AND ADJUDGED,** that judgment is entered in favor of defendants **JOSE A. DELGADO, ROGER E. WALKER, DONALD HULICK, DONALD GAETZ, DAVID MITCHELL, CHARLES PARNELL, ROBERT NEWELL, TRACY LEE** and **ACTING WARDEN KEN BARTLEY** and against Plaintiff **TERRY C. JOHNSON**.

　　　　Plaintiff shall take nothing from this action.

**DATED** this 9th day of April, 2013

                 **NANCY J. ROSENSTENGEL, CLERK**

                 **BY: S/ Angela Vehlewald**
                    **Deputy Clerk**

**Approved by**   **S/ Stephen C. Williams**
    **United States Magistrate Judge**
      **Stephen C. Williams**